# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-00320-12-CR-W-DGK |
| | ) | |
| DESHAUN LATKEEK CERUTI, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pending before the Court are Defendant's Motion to Suppress Evidence and Arrest (Doc. 267), the Government's response (Doc. 282), United States Magistrate Judge Robert E. Larsen's Report and Recommendation recommending that the motion be granted (Doc. 347) and the Government's objections to the Report and Recommendation (Doc. 348). The Court has also fully reviewed the motion hearing transcripts (Docs. 321 and 345).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Larsen's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress (Doc. 267) is hereby GRANTED.

**IT IS SO ORDERED.**

Date: October 28, 2011         /s/ Greg Kays
                               GREG KAYS, JUDGE
                               UNITED STATES DISTRICT COURT