# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 10-00320-14-CR-W-DGK |
| RAFAEL ZAMORA, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress (Doc. 251), the Government's response (Doc. 263), United States Magistrate Judge Robert E. Larsen's Report and Recommendation recommending that the motion be denied (Doc. 333) and the Defendant's objections to the Report and Recommendation (Doc. 351). The Court has also fully reviewed the motion hearing transcript (Doc. 309).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Larsen's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress (Doc. 251) is hereby DENIED.

**IT IS SO ORDERED.**

Date: November 22, 2011                         /s/ Greg Kays
                                               GREG KAYS, JUDGE
                                               UNITED STATES DISTRICT COURT