# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-00320-12-CR-W-DGK |
| ) | |
| DESHAUN LATKEEK CERUTI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress Wiretap Evidence (Doc. 466), the Government's response (Doc. 475), United States Magistrate Judge Robert E. Larsen's Report and Recommendation recommending that the motion be denied (Doc. 492) and the Defendant's objections to the Report and Recommendation (Doc. 512). The Court has also fully reviewed the suppression hearing transcript (Doc. 485).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Larsen's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress (Doc. 466) is hereby DENIED.

**IT IS SO ORDERED.**

Date: October 17, 2012          /s/ Greg Kays
                                GREG KAYS, JUDGE
                                UNITED STATES DISTRICT COURT